UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOANNE SPILIOS,       Plaintiff, <br><br> vs. <br><br> NEW BRITAIN FINANCIAL, LLC. <br><br>       Defendant. | Case No. 1:15-cv-00463-PB |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COME THE PLAINTIFFS, and by and through counsel, pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), dismiss this action, in its entirety, and hereby provide Notice of Voluntary Dismissal.

1. "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;" Fed. R. Civ. P 41(a)(1)(A)(i).

2. Neither an Answer nor a Motion for Summary Judgment has been filed.

WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), in its entirety and with Prejudice.

Case 1:15-cv-00463-PB   Document 3   Filed 02/19/16   Page 2 of 2

Dated: February 19, 2016

Respectfully submitted,
PLAINTIFF
By and through counsel,

/s/ Keith A. Mathews
Atty. Keith A. Mathews (20997)
Associated Attorneys of New England
587 Union Street
Manchester, NH 03104
Telephone: (603) 622-8100
Fax:  (888) 912-1497
Keith@aaone.law

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: February 19, 2016

/s/ Keith A. Mathews
Keith A. Mathews, Esq.